McCormick, Barstow, Sheppard,
Wayte & Carruth LLP
Gordon M. Park, #72190
  *gordon.park@mccormickbarstow.com*
Dana B. Denno, #227971
  *dana.denno@mccormickbarstow.com*
Andreanne Breton, #322893
  *andreanne.breton@mccormickbarstow.com*
7647 North Fresno Street
Fresno, California 93720
Telephone:    (559) 433-1300
Facsimile:    (559) 433-2300

Attorneys for Defendant
UNITED FIRE & CASUALTY COMPANY

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| VALLEY PROTEIN, LLC,<br><br>            Plaintiff,<br><br>     v.<br><br>UNITED FIRE & CASUALTY COMPANY, and Does 1 through 100, inclusive,<br><br>            Defendants. | Case No. 1:19-CV-00231-AWI-SKO<br><br>**STIPULATION OF THE PARTIES AND ORDER EXTENDING TIME TO EXCHANGE RULE 26 INITIAL DISCLOSURES**<br><br>Mandatory Scheduling Conference:<br>Date: May 9, 2019<br>Time: 9:30 a.m.<br>Hon. Sheila K. Oberto<br>U.S. Magistrate Judge<br>Ctrm: #7  (6th Floor) |

TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

Plaintiff Valley Protein, LLC ("Plaintiff") and defendant United Fire & Casualty Company ("Defendant") (collectively, the "Parties") stipulate pursuant to Federal Rule of Civil Procedure 26(a)(1)(C) to extend the deadline to May 28, 2019 for the Initial Disclosures required by Rule 26(a)(1), and request that the Court enter an Order that the Initial Disclosures required by Rule 26(a)(1) are due by May 28, 2019.

**STIPULATION OF THE PARTIES**

1.     The Parties, through counsel, met and conferred on the topics required by the Court in advance of the Scheduling Conference that is to be held on May 9, 2019 ("Rule 26(f)

Conference").

2. The Parties agree to provide each other additional time to prepare the Initial Disclosures required by Rule 26(a)(1).

3. Rule 26(a)(1)(C) permits the Parties to stipulate to a due date for Initial Disclosures (F.R.C.P. 26(a)(1)(C) ("A party must make the initial disclosures at or within 14 days after the parties' Rule 26(f) conference unless a different time is set by stipulation or court order . . .").)

NOW, THEREFORE, pursuant to Rule 26(a)(1)(C), the Parties jointly request and HEREBY STIPULATE that the deadline for Initial Disclosures required by Rule 26(a)(1) for this action be extended to May 28, 2019.

Dated: April 22, 2019     MCCLENNY, MOSELEY & ASSOCIATES, PLLC

By: /s/ Heather E. Hall
Heather E. Hall
Andrew Rebennack
Attorneys for Plaintiff VALLEY PROTEIN, LLC

Dated: April 25, 2019     McCORMICK, BARSTOW, SHEPPARD, WAYTE & CARRUTH LLP

By: /s/ Gordon M. Park
Gordon M. Park
Dana Denno
Andreanne Breton
Attorneys for Defendant UNITED FIRE & CASUALTY COMPANY

**ORDER**

Pursuant to the above-stipulation of the Parties (Doc. 11), the deadline for Initial Disclosures required by Rule 26(a)(1) shall be extended to May 28, 2019.

IT IS SO ORDERED.

Dated: **April 29, 2019**     /s/ *Sheila K. Oberto*
UNITED STATES MAGISTRATE JUDGE

McCormick, Barstow,
Sheppard, Wayte &
Carruth LLP
7647 North Fresno Street
Fresno, CA 93720

2
STIPULATION OF THE PARTIES AND ORDER EXTENDING TIME TO EXCHANGE RULE 26 INITIAL DISCLOSURES

STIPULATION OF THE PARTIES AND ORDER EXTENDING TIME TO EXCHANGE RULE 26 INITIAL DISCLOSURES