1  McCormick, Barstow, Sheppard,
   Wayte & Carruth LLP
2  Gordon M. Park, #72190
     *gordon.park@mccormickbarstow.com*
3  Dana B. Denno, #227971
     *dana.denno@mccormickbarstow.com*
4  Andreanne Breton, #322893
     *andreanne.breton@mccormickbarstow.com*
5  7647 North Fresno Street
   Fresno, California 93720
6  Telephone:   (559) 433-1300
   Facsimile:    (559) 433-2300
7
   Attorneys for Defendant
8  UNITED FIRE & CASUALTY COMPANY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| VALLEY PROTEIN, LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>UNITED FIRE & CASUALTY COMPANY, and Does 1 through 100, inclusive,<br><br>    Defendants. | Case No. 1:19-CV-00231-AWI-SKO<br><br>**STIPULATION AND ORDER FOR THE CONTINUANCE OF ALL DATES PURSUANT TO THE EXISTING SCHEDULING ORDER**<br><br>Hon. Sheila K. Oberto<br>U.S. Magistrate Judge<br><br>Ctrm: #7   (6th Floor) |

IT IS HEREBY STIPULATED, by and between the parties through their respective counsel of records, Plaintiff, VALLEY PROTEIN, LLC ("Valley Protein") and Defendant, UNITED FIRE & CASUALTY COMPANY ("United Fire"), as follows:

1.  The parties stipulate and agree that good cause exists for an extension of the dates set forth herein, as the parties require an extension to complete necessary discovery, including the opportunity to complete written discovery, complete lay witness depositions, depose experts, and file dispositive and non-dispositive motions due to obstacles posed by schedule conflicts, out-of-

McCormick, Barstow,
Sheppard, Wayte &
Carruth LLP
7647 North Fresno Street
Fresno, CA 93720

STIPULATION AND ORDER FOR THE CONTINUANCE OF ALL DATES PURSUANT TO THE EXISTING SCHEDULING ORDER

1. state witnesses and an upcoming mediation in this case. For the same reasons, the parties also stipulate to vacate the current trial date of October 6, 2020 and request a new trial date of October 5, 2021.

2. The parties have agreed to jointly request that deadlines be continued, that the current trial date be vacated and that trial be set for October 5, 2021.

3. On December 16, 2019, the parties met and conferred regarding mediation. The parties agreed to go to mediation in the above-captioned case in order to engage in settlement negotiations in good faith. During their meet and confer, the parties further agreed to stop conducting depositions until after the mediation in order to minimize expenses. The parties also agreed to retain Retired Justice Stephen J. Kane as a mediator.

4. The office of Gordon M. Park contacted the office of Retired Justice Stephen J. Kane and inquired about his availabilities for mediation based on the agreed-upon available dates for counsel for both parties. Retired Justice Stephen J. Kane's availabilities coincided with counsels' availabilities starting in May.

5. After requesting his availabilities for mediation, the parties had initially agreed to tentatively schedule mediation with Retired Justice Stephen J. Kane for March 11, 2020, but that date is being continued to a later date in May or June 2020.

6. The parties have agreed to make a good faith effort to resolve this matter in mediation. The parties also recognize that they might need to schedule a second phase to the mediation, in the likely event that the first mediation provides insufficient time to discuss all issues and to negotiate a settlement.

7. The parties agree that there is good cause to grant the requested continuance. The parties seek to extend the discovery deadlines and, consequently, all other upcoming dates on the existing Scheduling Order, in order to permit the parties to engage in mediation without also incurring considerable expense to complete discovery. If the parties are unable to settle this matter in good faith, they agree that they will need additional time to conduct discovery because a number of depositions will have to be taken out of the state of California. The parties also agree that there is good cause to vacate the current trial date of October 6, 2020, and to set a new trial date of October

5, 2021, in order to allow enough time for the parties to engage in mediation and to conduct all necessary discovery in the event the parties are unable to settle.

8. The parties agree that the existing Scheduling Order's dates will be insufficient to complete discovery within the time limits due to the upcoming mediation, the parties' agreed-upon moratorium on discovery until mediation, and the necessary deposition of out-of-state witnesses.

9. **The existing Scheduling Order sets forth non expert discovery and expert disclosures deadlines, which will now be vacated and reset pursuant to the new trial date.**

10. In consideration of the above and with the new trial date, the parties propose the following new deadlines be set with a new scheduling order:

   a. An extension of the Non Expert Discovery cutoff date of March 1, 2020, to February 28, 2021;

   b. An extension of the Expert Disclosures date of March 6, 2020, to March 5, 2021;

   c. An extension of the Rebuttal Expert Disclosures date of March 17, 2020, to March 16, 2021;

   d. An extension of the Expert Discovery cutoff date of May 1, 2020, to April 30, 2021;

   e. An extension of the Non-Dispositive Motion Filing Deadline of May 4, 2020, to May 3, 2021;

   f. An extension of the Non-Dispositive Motion Hearing Deadline of June 3, 2020, to June 2, 2021;

   g. An extension of the Dispositive Motion Filing Deadline of May 4, 2020, to May 3, 2021;

   h. An extension of the Dispositive Motion Hearing Deadline of June 15, 2020, to June 14, 2021;

   i. An extension of the Settlement Conference of March 26, 2020, to March 25, 2021;

   j. An extension of the Pre-Trial Conference of August 12, 2020, to August 11,

McCormick, Barstow, Sheppard, Wayte & Carruth LLP
7647 North Fresno Street
Fresno, CA 93720

2    k.    That the trial date of October 6, 2020, be vacated and that a new trial date of
3 October 5, 2021 be set.

4    11.    This Stipulation and [Proposed] Order is filed in compliance with Local Rule 143.

5 Dated: February 25, 2020    McCORMICK, BARSTOW, SHEPPARD,
                                WAYTE & CARRUTH LLP

8    By: /s/Heather Hall Melaas
         Heather Hall Melaas
         Andrew Rebennack
         Attorneys for Plaintiff
         VALLEY PROTEIN, LLC

11 Dated: February 25, 2020    McCORMICK, BARSTOW, SHEPPARD,
                                 WAYTE & CARRUTH LLP

14    By: /s/Gordon M. Park
         Gordon M. Park
         Dana B. Denno
         Andreanne Breton
         Attorneys for Defendant
         UNITED FIRE & CASUALTY COMPANY

18 028253-000037 6612144.1

McCORMICK, BARSTOW,
SHEPPARD, WAYTE &
CARRUTH LLP
7647 NORTH FRESNO STREET
FRESNO, CA 93720

4
STIPULATION AND ORDER FOR THE CONTINUANCE OF ALL DATES PURSUANT TO THE EXISTING SCHEDULING ORDER

**ORDER**

Pursuant to the parties' above stipulation, (Doc. 22), for good cause shown, the Court GRANTS the parties' stipulated request and MODIFIES the scheduling order as follows:

1. The non-expert discovery deadline is extended to March 1, 2021;[1]
2. The expert disclosures deadline is extended to March 5, 2021;
3. The rebuttal expert disclosures deadline is extended to March 16, 2021;
4. The expert discovery deadline is extended to April 30, 2021;
5. The non-dispositive motions filing deadline is extended to May 3, 2021;
6. The non-dispositive motions hearing deadline is extended to June 2, 2021;
7. The dispositive motions filing deadline is extended to May 3, 2021;
8. The dispositive motions hearing deadline is extended to June 14, 2021;
9. The settlement conference is continued to March 25, 2021;
10. The pre-trial conference date is continued to August 11, 2021; and
11. The trial date is continued to October 5, 2021.

All other directives in the scheduling order, (Doc. 20), remain unchanged.

IT IS SO ORDERED.

Dated: **February 28, 2020**         /s/ *Sheila K. Oberto*
                                    UNITED STATES MAGISTRATE JUDGE

---

[1] The Court adjusts this date as the parties' requested date of February 28, 2021 falls on a Sunday.

McCormick, Barstow,
Sheppard, Wayte &
Carruth LLP
7647 North Fresno Street
Fresno, CA 93720