McCormick, Barstow, Sheppard,
Wayte & Carruth LLP
Gordon M. Park, #72190
  *gordon.park@mccormickbarstow.com*
7647 North Fresno Street
Fresno, California 93720
Telephone:    (559) 433-1300
Facsimile:     (559) 433-2300

Attorneys for Defendant
UNITED FIRE & CASUALTY COMPANY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| VALLEY PROTEIN, LLC,<br><br>            Plaintiff,<br><br>     v.<br><br>UNITED FIRE & CASUALTY COMPANY, and Does 1 through 100, inclusive,<br><br>            Defendants. | Case No. 1:19-cv-00231-AWI-SKO<br><br>**STIPULATION AND ORDER FOR THE CONTINUANCE OF THE SETTLEMENT CONFERENCE**<br><br>(Doc. 34) |

Plaintiff VALLEY PROTEIN, LLC ("Plaintiff") by and through its respective counsel of record, Heather Hall Melaas, and Defendant UNITED FIRE & CASUALTY COMPANY ("Defendant"), by and through its respective counsel of record, Gordon M. Park, hereby stipulate and agree as follows:

1.      The parties stipulate and agree that good cause exists for vacating the existing settlement conference date of November 4, 2021, and continuing it to a new date. In consideration of the above, the parties propose the following new dates for the settlement conference: January 27, 2022, February 3, 2022 or February 10, 2022. The dates set forth herein are suggestions only and the parties agree to whatever date the court assigns for the new settlement conference date.

/ / /

/ / /

1     2.    The parties have been engaged in serious on-going good faith negotiations in an attempt to minimize attorney fees and costs and any further expenditures in this matter to provide both clients with an economic incentive to reach a compromise settlement. Further, the parties do not want to incur unnecessary fees and costs to prepare a case for a trial that is unlikely to occur.

    3.    This Stipulation and [Proposed] Order is filed in compliance with Local Rule 143.

Dated: October 26, 2021              McCLENY, MOSELEY AND ASSOCIATES

By: /s/Heather Hall Melaas
Heather Hall Melaas
Attorneys for Plaintiff
VALLEY PROTEIN, LLC

Dated: October 26, 2021              McCORMICK, BARSTOW, SHEPPARD, WAYTE & CARRUTH LLP

By: /s/Gordon M. Park
Gordon M. Park
Attorneys for Defendant
UNITED FIRE & CASUALTY COMPANY

McCORMICK, BARSTOW,
SHEPPARD, WAYTE &
CARRUTH LLP
7647 NORTH FRESNO
STREET
FRESNO, CA 93720

2
STIPULATION AND (PROPOSED) ORDER FOR THE CONTINUANCE OF THE SETTLEMENT CONFERENCE

# **ORDER**

Pursuant to the parties' above stipulation (Doc. 34), and for good cause shown, the Scheduling Conference, currently set for November 4, 2021, is CONTINUED to February 10, 2022, at 10:00 a.m. in Courtroom 7 (SKO) before Magistrate Judge Sheila K. Oberto.  The telephonic Pre-Settlement Conference, currently set for October 28, 2021, is CONTINUED to February 3, 2022, at 4:00 p.m.  An amended Order re Settlement Conference will follow.

IT IS SO ORDERED.

Dated:   **October 27, 2021**            /s/ *Sheila K. Oberto*
                                     UNITED STATES MAGISTRATE JUDGE

McCormick, Barstow,
Sheppard, Wayte &
Carruth LLP
7647 North Fresno
Street
Fresno, CA 93720

3
STIPULATION AND (PROPOSED) ORDER FOR THE CONTINUANCE OF THE SETTLEMENT CONFERENCE