UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VALLEY PROTEIN, LLC, <br><br> Plaintiff, <br><br> v. <br><br> UNITED FIRE & CASUALTY COMPANY, <br><br> Defendant. | Case No. 1:19-cv-00231-AWI-SKO <br><br> ORDER DIRECTING THE CLERK OF COURT TO CLOSE THE CASE <br><br> (Doc. 45) |

On June 7, 2022, the parties filed a joint stipulation dismissing the action with prejudice. (Doc. 45.) In light of the parties' stipulation, this action has been terminated, *see* Fed. R. Civ. P. 41(a)(1)(A)(ii); *Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997), and has been dismissed with prejudice. Accordingly, the Clerk of Court is directed to close this case.

IT IS SO ORDERED.

Dated:  **June 9, 2022**                    /s/ *Sheila K. Oberto*
                                                                UNITED STATES MAGISTRATE JUDGE